IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JAMES T. EDWARDS, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | NO 4:25-cv-00152-CDL-AGH |
| : | |
| Sheriff **GREG COUNTRYMAN,** *et. al*, : | |
| : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER OF DISMISSAL

Plaintiff James T. Edwards, Jr., a detainee in the Muscogee County Jail in Columbus, Georgia, filed a complaint under 42 U.S.C. § 1983, ECF No. 1, and moved to proceed *in forma pauperis*. ECF No. 2. Thereafter, the United States Magistrate Judge ordered Plaintiff to submit a proper motion to proceed *in forma pauperis,* including a certified copy of his trust fund account statement. ECF No. 4 at 1. Plaintiff was given fourteen days to comply and was cautioned that his failure to do so may result in the dismissal of this action. *Id.* at 2.

The time for compliance passed, and Plaintiff failed to file a new motion to proceed *in forma pauperis* with a certified trust fund account statement or otherwise respond to the Court's order. Moreover, mail sent to Plaintiff at the Muscogee Jail, the only address on file for Plaintiff, was returned to this Court as undeliverable. ECF Nos. 5 & 6. It is Plaintiff's responsibility to keep the Court informed as to his current address, and if the

Court has no information about Plaintiff's current whereabouts, this case cannot continue.

Therefore, the Magistrate Judge ordered Plaintiff to show cause to the Court why this case should not be dismissed based on Plaintiff's failure to file a proper motion to proceed *in forma pauperis* and his failure to keep the Court informed as to his current address. ECF No. 7. Plaintiff was given fourteen days to respond and cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the order to show cause was entered, and Plaintiff has not responded to that order. Additionally, as with the prior orders, the show cause order has been returned to this Court as undeliverable. ECF No. 8. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 26th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA